| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Yosemite Legal Officer<br>NATIONAL PARK SERVICE |
| 3 | Legal Office<br>P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| 5 | Telephone: (209) 372-0241 |



FILED
JUN 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN J. RICORD,

Defendant.

Docket No. 6:16-po-0345-MJS, and
6:16-po-0357-MJS

**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)**

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for approximately six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Shawn J. RICORD has failed to pay a $325 fine for Citation number 5123760; failed to pay a fine of $275 for citation number 5123761; and failed to pay a $275 fine for Citation number 5123760.

As the acting legal officer, I am aware that RICORD was charged with the

1

following violations on violation notices: Citation number 5123762 was issued for having an open container of alcohol in a vehicle, in violation of Title 36 Code of Federal Regulations §4.14; Citation number 5123761 was issued for possession of a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations §2.35(b)(2); and Citation number 5123762 was issued for possession of a controlled substance (prescription pills), in violation of Title 36 Code of Federal Regulations §2.35(b)(2).

On August 09, 2016, RICORD plead guilty to Citation number 5123762, possession of a controlled substance (prescription pills), in violation of Title 36 Code of Federal Regulation §2.35(b)(2). The other citations were dismissed. RICORD was sentenced to a deferred entry of judgment requiring the completion of 12 months of unsupervised probation with the conditions that he obey all laws; pay a $600 fine; advise the Court within 7 days of being cited or arrested for any alleged violation of law; and waiver all appeal rights.

The government alleges RICORD has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO PAY FINE

RICORD was ordered to pay a $600 fine. To date, RICORD has not paid any of the $600 fine.

06/19/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/19/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2