

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff, )   No. 6:16-PO-00354 JDP
)
vs. )   ORDER OF RELEASE
)
SHAWN RICORD, )
)
          Defendant. )
_____)

The above named defendant having been sentenced to Time Served on August 3, 2018,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: August 3, 2018

_____
ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

cc: certified copy of order walked/hand-delivered to U.S. Marshal, Fresno, 8/3/18